

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Scott Harrison<br><br>Plaintiff,<br>V.<br><br>Executive Office for United States Attorneys<br><br>Defendant. | Civil Action No.  16-cv-01310-JLS-BGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court grants Defendant's Renewed Motion for Summary Judgment (ECF No. 21). The Order (ECF No. 26)  ends the litigation in this matter.

Date:       7/6/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  D. Juarez
D. Juarez, Deputy